**In re CATALINA MARKETING CORPORATION.**

No. 2008–1491.

United States Court of Appeals, Federal Circuit.

July 29, 2008.

ON MOTION

*ORDER*

Upon consideration of the motion to withdraw this appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.